■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEQUAN WILLIAMS, Appellant. [907 NYS2d 871]—

Judgment of resentence, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered October 7, 2008, resentencing defendant to a term of 9½ years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was not barred by double jeopardy, since defendant was still serving his prison term at that time, and therefore had

no reasonable expectation of finality in his illegal sentence (*see People v Murrell*, 73 AD3d 598 [2010]).

We have considered and rejected defendant's due process argument. Defendant's remaining claims are similar to arguments that were rejected in *People v Williams* (14 NY3d 198 [2010]). Concur—Andrias, J.P., Friedman, Renwick, Richter and Manzanet-Daniels, JJ.